UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

vs : CASE NO. 3:23-CR-125

FRANK TASSIELLO : (JUDGE MANNION)

TYPE OF CASE: CRIMINAL - SEALED

## SCHEDULING NOTICE

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA 18501

**COURTROOM:** 3

**DATE AND TIME:**
Thursday, June 1, 2023
at 1:30 p.m.

**TYPE OF PROCEEDINGS:**

INITIAL APPEARANCE / ARRAIGNMENT ON INFORMTION / PLEA HEARING

**DATE:** May 24, 2023

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
JAMES BUCHANAN, ESQUIRE, AUSA
CHRISTOPHER R. OPIEL, ESQUIRE
U.S. PROBATION
U.S. MARSHAL
CT. REPORTER