# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | 3:23-CR-125 |
|---|---|---|
| v. | : | (Judge Mannion) |
| FRANK TASSIELLO | : | |

## ORDER

The Court having considered Defendant's Unopposed Motion to Continue Initial Appearance / Arraignment on Information / Plea Hearing does hereby GRANT said Motion.

IT IS HEREBY ORDERED this  31  day of May, 2023 that Defendants Motion is hereby GRANTED, and Defendant's Initial Appearance / Arraignment on Information / Plea Hearing shall be rescheduled to the  30  day of  June , 2023, at  11:30  A .m. in Courtroom No.  3  at the William J. Nealon Federal Bldg. & United States Courthouse, 235 N. Washington Ave. Scranton, PA 18501.

s/ Mannion
**Malachy E. Mannion**
**United States District Judge**