

FILED
SCRANTON

JUN 15 2023

PER _____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                         :  CR. NO. 3:23-CR-00125

        v.                 :

                         :  (MANNION, J.)

FRANK TASSIELLO,                  :

                         :

       Defendant.       :  FILED UNDER SEAL

                         :

## MOTION TO UNSEAL THE CASE

The United States Attorney for the Middle District of Pennsylvania
and James M. Buchanan, Assistant United States Attorney, respectfully
move the Court to unseal this case.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ James M. Buchanan
JAMES M. BUCHANAN
Assistant United States Attorney

## ORDER

And now this 15th day of June 2023, the case is hereby unsealed.

MALACHY E. MANNION
U.S. DISTRICT COURT JUDGE