UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:23-CR-125 |
| FRANK TASSIELLO | : |
| Defendant | : |

## PLEA

Now, this 30th day of June, 2023, the above named Defendant, FRANK TASSIELLO, having been arraigned in open Court, hereby pleads _Guilty_ to the within Information.

*[signature]*
FRANK TASSIELLO