**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA** :

      vs. : **CASE NO: 3:23-CR-125**

**FRANK TASSIELLO** :

      **Defendant** :

TYPE OF CASE:   CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
       WILLIAM J. NEALON FEDERAL BLDG. &
       UNITED STATES COURTHOUSE
       235 N. WASHINGTON AVE.
       SCRANTON, PA   18501

**COURTROOM:**  3

**DATE AND TIME:**
Friday, January 19, 2024
at 11:30 a.m.

**TYPE OF PROCEEDINGS:**   SENTENCING

**DATE:** January 8, 2024

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
    JAMES BUCHANAN, ESQUIRE, AUSA
    CHRISTOPHER R. OPIEL, ESQUIRE
    U.S. PROBATION
    U.S. MARSHAL
    CT. REPORTER