UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:23-CR-125 |
| v. | : | (Judge Mannion) |
| FRANK TASSIELLO,<br>Defendant. | : | (FILED UNDER SEAL) |

## ORDER

AND NOW, this 8th day of January 2024, upon consideration of the Motion for Continuance of Sentencing, the Court hereby finds that a continuance outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly it is hereby ordered as follows:

1. The sentencing in this matter scheduled for January 19, 2024 is hereby continued and will be rescheduled to take place on May 29, 2024; at 10:30 A .m.;

2. The period of time from the signing of this Order to the rescheduled date of the sentencing shall be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7).

MALACHY E. MANNION
U.S. DISTRICT COURT JUDGE