IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-125 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| FRANK TASSIELLO | : | |

## ORDER

The Court having considered Defendant's Unopposed Motion to Continue Sentencing Hearing does hereby GRANT said Motion.

IT IS HEREBY ORDERED this __12th__ day of __April__, 2024 that Defendants Motion is hereby GRANTED, and Defendant's Sentencing Hearing shall be rescheduled to the __30th__ day of __September__, 2024, at __10:30__ __A__.m. in Courtroom No. __3__ at the William J. Nealon Federal Bldg. & United States Courthouse, 235 N. Washington Ave. Scranton, PA 18501.

Malachy E. Mannion
United States District Judge