IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:23-CR-125 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| FRANK TASSIELLO | : | (Filed Electronically) |

## ORDER

The Court having considered Defendant's Unopposed Second Motion Seeking Judicial Approval for Defendant to Travel does hereby GRANT said Motion.

IT IS HEREBY ORDERED this 16th day of April, 2024 that Defendant's Motion is hereby GRANTED. The Defendant, Frank Tassiello, may travel to Jacksonville, Florida on May 4, 2024 for the purpose of going on a cruise consistent with the travel plans stated in Defendant's Motion. The Defendant, Frank Tassiello, shall return to the Middle District of Pennsylvania on May 9, 2024. Prior to traveling, Defendant must provide all travel plans to his supervising pretrial services officer for approval.

In addition, the Order filed as Doc. 34 is hereby revoked due to the Defendant no longer seeking to travel under the conditions provided for in Doc. 34.

_____
MALACHY E. MANNION
United States District Judge
Middle District of Pennsylvania